United States District Court
Southern District of Texas
**ENTERED**
March 16, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

BYRON ALLRED                             §
                                         §
                                         §
VS                                       §   CIVIL ACTION NO. H-25-0951
                                         §
ACTING COMMISSIONER LELAND DUDEK §

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Plaintiff's Motion for Summary Judgment (Doc. No. 8), Defendant's Cross-Motion for Summary Judgment (Doc. No. 9) and Magistrate Judge Ho's Memorandum and Recommendation (Doc. No. 11) that the Court grant Defendant's Motion for Summary Judgment. Neither party filed objections to the Memorandum and Recommendation, and the time for doing so has passed.

The Court has carefully reviewed, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and agrees with the Magistrate Judge's conclusion. It is accordingly

**ORDERED** that the Memorandum and Recommendation (Doc. No. 12) is **ADOPTED**, the Plaintiff's Motion for Summary Judgement (Doc. No. 8) is **DENIED** and Defendant's Cross-Motion for summary Judgement (Doc. No. 9 is **GRANTED**.

Entry of this Order shall constitute entry of final judgment.

SIGNED on this ___16___ day of March 2026.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE